ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 18 2015
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| TRACY BURKE (1)<br>KATHY STEIN (2)<br>JASON STORY (3) | 4-15CR-202 O |

INDICTMENT

The Grand Jury Charges:

Count One
Possession of Stolen U.S. Mail
(Violation of 18 U.S.C. §§ 1708 and 2)

On or about September 13, 2014, in the Fort Worth Division of the Northern District of Texas, and elsewhere, the defendants, **Tracy Burke**, **Kathy Stein**, and **Jason Story**, aiding and abetting each other, did unlawfully have in their possession mail matter, which had been stolen, taken, embezzled and abstracted from a mail route, knowing the said mail matter to have been stolen, taken, embezzled and abstracted from the U.S. Mail.

In violation of 18 U.S.C. §§ 1708 and 2.

**Indictment – Page 1**

Count Two
Delay or Destruction of mail
(Violation of 18 U.S.C. §§ 1703(a) and 2)

On or about September 13, 2014, in the Fort Worth Division of the Northern District of Texas, the defendants, **Tracy Burke**, **Kathy Stein**, and **Jason Story**, aiding and abetting each other, being employees of the United States Postal Service, did knowingly and unlawfully open a first class package addressed to a postal customer in zip code area 76134 which came into their possession and which was intended to be conveyed by mail and processed at the Seminary Hills Station, Fort Worth, Texas, established by the authority of the U.S. Postal Service.

In violation of 18 U.S.C. §§ 1703(a) and 2.

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
A. JENNIFER BRAY
Special Assistant United States Attorney
Texas State Bar No. 00795844
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8674
Facsimile: 214-659-8809
Email: jennifer.bray@usdoj.gov

Indictment – Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

TRACY BURKE (1)
KATHY STEIN (2)
JASON STORY (3)

4-15CR-202-O

INDICTMENT

18 U.S.C. §§ 1708 and 2
Possession of Stolen U.S. Mail

18 U.S.C. §§ 1703(a) and 2
Delay or Destruction of Mail

2 Counts

A true bill rendered

_____
DALLAS                                    FOREPERSON

Filed in open court this 18th day of August, 2015

_____
                                                Clerk

WARRANT TO ISSUE

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Magistrate Case Pending